CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07-cv-02393
# Internal Use Only

Allison v. Davol, Inc. et al
Assigned to: Judge Lynn N. Hughes
Lead case: 4:07-cv-02002
Member cases:

4:07-cv-02393
4:07-cv-02397
4:07-cv-02399
4:07-cv-02400
4:07-cv-02402
4:07-cv-02405
4:07-cv-02408
4:07-cv-02411
4:07-cv-02414
4:07-cv-02416
4:07-cv-02419
4:07-cv-02421
4:07-cv-02422
4:07-cv-02423
4:07-cv-02424
4:07-cv-02425
4:07-cv-02427
4:07-cv-02630
4:07-cv-02631
4:07-cv-02633
4:07-cv-02634
4:07-cv-02635
4:07-cv-02637
4:07-cv-02638
4:07-cv-02766
4:07-cv-02767

Related Case Case: 4:07-cv-02002
Case in other court: Kenneth M. Hoyt, 4:07-cv-02002
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/24/2007
Date Terminated: 08/13/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Margaret M. Allison** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email:
dalexander@williamskherkher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 2882123) filed by Margaret M. Allison. (Attachments: # 1 Civil Cover Sheet Allison, Margaret M.)(Alexander, David) (Entered: 07/24/2007) |
| 07/26/2007 | 2 | ORDER FOR CONFERENCE. Initial Conference set for 10/15/2007 at 09:30 AM in Room 11122 before Judge Lynn N. Hughes.( Signed by Judge Lynn N. Hughes ) Parties notified.(sbyrum, ) (Entered: 07/26/2007) |
| 07/26/2007 | | Summons Issued as to C. R. Bard, Inc., filed.(pcrawford, ) (Entered: 07/26/2007) |
| 07/26/2007 | | Summons Issued as to Davol, Inc., filed.(pcrawford, ) (Entered: 07/26/2007) |
| 08/07/2007 | 3 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 7/30/2007, answer due 8/20/2007, filed.(ltrevino, ) (Entered: 08/07/2007) |
| 08/07/2007 | 4 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 7/30/2007, answer due 8/20/2007, filed.(mmapps, ) (Entered: 08/07/2007) |
| 08/08/2007 | 5 | First CERTIFICATE OF INTERESTED PARTIES by Allison, Margaret M., filed.(Alexander, David) (Entered: 08/08/2007) |
| 08/13/2007 | 6 | ORDER STAYING CASE pending a decision by the Multi-District Litigation Panel. Case closed statistically on 8/13/2007.( Signed by Judge Lynn N. Hughes ) Parties notified.(dkelly, ) (Entered: 08/13/2007) |
| | | |

| | | |
|---|---|---|
| 09/07/2007 | 7 | JPML CONDITIONAL TRANSFER ORDER (3) (certified copy) transferring case to USDC for the District of Rhode Island to be included in MDL Docket No. 1842. (jegonzalez, ) (Entered: 09/07/2007) |

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By Deputy Clerk